UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE WIRELESS STORES LLC, a Washington limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>EXCLUSIVE WIRELESS, INC., a foreign corporation; and THOMAS HENG and "JANE DOE HENG", husband and wife, and the marital community comprised thereof, and "any members of Exclusive Wireless with ownership of 25% or more,<br><br>     Defendants. | NO.  2:22-cv-00257-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Noted On The Motion Calendar October 6, 2022 |

COMES NOW the Plaintiff, THE WIRELESS STORES LLC,  by and through its attorney of record, Mark E. Bardwil, and Defendants  EXCLUSIVE WIRELESS, INC., and THOMAS HENG by and through their attorneys of record, Daniel L. Lis, and stipulate that as all matters in controversy as between the parties, have been settled, an order be entered in these proceedings dismissing this action with prejudice and without attorney fees or costs to any party.

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE
Page  - 1
Case No.: 2:22-cv-00257-JHC

**MARK E. BARDWIL, P.S.**
**A Professional Services Corporation**
**Attorney at Law**
615 Commerce, Suite 102
Tacoma, Washington  98402
(253) 383-7123
(253) 572-1435

Respectfully submitted

Dated this 6th day of October, 2022

/s/ Mark E. Bardwil
Mark E. Bardwil, WSBA #24776
615 Commerce Street, Suite 102
Tacoma, Washington  98402
Email: meb@markbardwil.com
Telephone: (253) 383-7123
Attorney for Plaintiff

Dated this 6th day of October, 2022

/s/ Daniel L. Lis
Daniel L. Lis, WSBA #53953
1331 NW Lovejoy Street, Suite 900
Portland, Oregon  97209
Email: dlis@buchalter.com
Telephone: (503) 226-1191
Attorney for Defendants

## ORDER

THIS MATTER having come on regularly before the above-entitled court on the written stipulation of the parties by their respective attorneys of record that the above-entitled action be dismissed with prejudice and without attorney fees or costs to any party, and the court being fully advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is, hereby dismissed with prejudice and without attorney fees or costs to any party.

DATED this 7th day of October, 2022.

_____
HON. JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
Page - 2
Case No.: 2:22-cv-00257-JHC

**MARK E. BARDWIL, P.S.**
**A Professional Services Corporation**
**Attorney at Law**
615 Commerce, Suite 102
Tacoma, Washington  98402
(253) 383-7123
(253) 572-1435